IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-517-MOC-DCK

| PEAKONE DIGITAL, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| SUPER HEAT & AIR, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* Of Jacqueline A. Van Laningham And Affidavit" (Document No. 9) filed by Local Counsel John D. Bond III on July 11, 2024.

Applicant Jacqueline A. Van Laningham seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Jacqueline A. Van Laninghamis hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 11, 2024

_____
David C. Keesler
United States Magistrate Judge